JOSEPH J. WISEMAN (SBN 107403)
JENNIFER C. NOBLE (SBN 256952)
JOSEPH J. WISEMAN, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone:  (530) 759-0700
Facsimile:   (530) 759-0800

Email:  wiselaw@earthlink.net

Attorneys for Plaintiff
MARGARET ANN HERMANT

JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
RANDALL J. HAKES (SBN 233548)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendants

E-mail:  schnackr@jacksonlewis.com
E-mail:  hakesr@jacksonlewis.com

Attorneys for Defendants
SHASTA FOREST PRODUCTS, INC.
and RICHARD CONROY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGARET ANN HERMANT,<br><br>            Plaintiff,<br><br>       vs.<br><br>SHASTA FOREST PRODUCTS, INC., a California corporation; and RICHARD CONROY, an individual,<br><br>            Defendants. | Case No. 2:09-CV-00972-FCD-KJM<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**<br><br><br>Judge: Hon. Frank C. Damrell, Jr.<br>Complaint Filed: April 9, 2009<br>Trial Date:         None Set |

1

Stipulation and Order to Elect Referral of Action to Voluntary
Dispute Resolution Program

Hermant v. Shasta Forest Products, et al.
USDC-EDC Case No. 2:09-CV-00972-FCD-KJM

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Date:  June 17, 2009                    JOSEPH J. WISEMAN, P.C.


                                        By:   [original signature on file]
                                              JOSEPH J. WISEMAN
                                              JENNIFER C. NOBLE

                                        Attorneys for Plaintiff
                                        MARGARET ANN HERMANT


Date:  June 17, 2009                    JACKSON LEWIS LLP


                                        By:   /s/ Robert J. Schnack
                                              ROBERT J. SCHNACK
                                              RANDALL J. HAKES

                                        Attorneys for Defendants
                                        SHASTA FOREST PRODUCTS, INC.,
                                        and RICHARD CONROY


**IT IS SO ORDERED.**

Dated:  June 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2