JOSEPH J. WISEMAN, P.C.
JOSEPH J. WISEMAN (SBN 107403)
JENNIFER C. NOBLE (SBN 256952)
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone:   (530) 759-0700
Facsimile:    (530) 759-0800

Email: wiselaw@earthlink.net

Attorneys for Plaintiff
MARGARET ANN HERMANT


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
RANDALL J. HAKES (SBN 233548)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141

E-mail: schnackr@jacksonlewis.com
E-mail: hakesr@jacksonlewis.com

Attorneys for Defendants
SHASTA FOREST PRODUCTS, INC.
and RICHARD CONROY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARGARET ANN HERMANT,<br><br>           Plaintiff,<br><br>       vs.<br><br>SHASTA FOREST PRODUCTS, INC., a California corporation; and RICHARD CONROY, an individual,<br><br>           Defendants. | Case No. 2:09-CV-00972-FCD-KJM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER**<br><br><br><br><br>Complaint Filed:   April 9, 2009<br>Trial Date:           March 1, 2011 |

///

///

1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff MARGARET ANN HERMANT and Defendants SHASTA FOREST PRODUCTS, INC. and RICHARD CONROY, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Date: October 27, 2009                JOSEPH J. WISEMAN, P.C.


                                      By: /s/ Joseph J. Wiseman [*authorized 10/23/2009*]
                                            JOSEPH J. WISEMAN
                                            JENNIFER C. NOBLE

                                      Attorneys for Plaintiff
                                      MARGARET ANN HERMANT

Date: October 27, 2009                JACKSON LEWIS LLP


                                      By: /s/ Robert J. Schnack
                                            ROBERT J. SCHNACK
                                            RANDALL J. HAKES

                                      Attorneys for Defendants
                                      SHASTA FOREST PRODUCTS, INC., and
                                      RICHARD CONROY

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Dated: October 28, 2009

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

2

Stipulated Dismissal With Prejudice; Order                    *Hermant v. Shasta Forest Products, Inc., et al.*
                                                              Case No. 2:09-CV-00972-FCD-KJM